OFFICE OF DISCIPLINARY COUNSEL *v.* MANISCALCO.

[Cite as *Disciplinary Counsel v. Maniscalco* (1994), 68 Ohio St.3d 483.]

(No. 93–1717—Submitted December 7, 1993—Decided March 23, 1994.)

484

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Patrick M. Maniscalco, pro se.*

*Per Curiam.* We concur in the board's findings and recommendation. Patrick M. Maniscalco is publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.